# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **MARIO WILLIAMS,** | ) | |
| Plaintiff, | ) | |
| v. | ) | No. CIV 13-529-RAW-SPS |
| **CHAD MILLER, et al.,** | ) | |
| Defendants. | ) | |

## OPINION AND ORDER

Plaintiff, an inmate in the custody of the Oklahoma Department of Corrections who is incarcerated at Cimarron Correctional Facility in Cushing, Oklahoma, has filed this civil rights complaint pursuant to 42 U.S.C. § 1983. He alleges that since his transfer to that facility in May 2013, prison officials have violated his constitutional rights. The defendants are Warden Chad Miller, Assistant Warden Briggs, Health Service Administrator Sellers, Prison Physician Dr. Weissman, Lt. Battles, and Chaplain Fox.

All of these defendants appear to be located within the territorial jurisdiction of the United States District Court for the Western District of Oklahoma. Because proper venue does not lie in this district, *see* 28 U.S.C. § 1391(b), plaintiff's complaint is dismissed without prejudice pursuant to 28 U.S.C. § 1406(a).

**IT IS SO ORDERED** this 17th day of December 2013.

**Dated this 17th day of December, 2013.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma